# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| TERRANCE VONJUR BUTLER, | : | Case No. 3:25-cv-207 |
| Petitioner, | : | |
| vs. | : | District Judge Thomas M. Rose |
| | : | Magistrate Judge Elizabeth Preston Deavers |
| WARDEN, PICKAWAY CORRECTIONAL INSTITUTION, | : | |
| Respondent. | : | |

## DECISION AND ENTRY

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Elizabeth Preston Deavers (Doc. No. 2), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that Petitioner Terrance Vonjur Butler's ("Petitioner") application for leave to proceed *in forma pauperis* (Doc. No. 1) is **DENIED**. Petitioner is **ORDERED** to pay the full filing fee of $5.00 on or before Wednesday, August 13, 2025. Failure to pay the full filing fee within the thirty-day period will result in the dismissal of this action for want of prosecution.

**DONE** and **ORDERED** in Dayton, Ohio, this Monday, July 14, 2025.

s/Thomas M. Rose

_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE