**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| TERRANCE VONJUR BUTLER, | : | Case No. 3:25-cv-207 |
| | : | |
| Petitioner, | : | |
| | : | |
| | : | District Judge Thomas M. Rose |
| vs. | : | Magistrate Judge S. Courter Shimeall |
| | : | |
| WARDEN PICKAWAY CORRECTIONAL | : | |
| INSTITUTE, | : | |
| | : | |
| Respondent. | : | |
| | : | |

## ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION TO DENY PETITIONER'S PETITION FOR WRIT OF HABEAS CORPUS

Currently before the Court is the Report and Recommendation to Deny Petitioner Terrance Vonjur Butler's ("Petitioner") Petition for Writ of Habeas Corpus issued by Magistrate Judge S. Courter Shimeall (Doc. No. 11). In the Report, Magistrate Judge Shimeall recommends that Petitioner's Petition for Writ of Habeas Corpus (Doc. No. 6) be denied with prejudice. (Doc. No. 11 at PageID 823.) Magistrate Judge Shimeall further recommends that Petitioner be denied a certificate of appealability and not be permitted to proceed *in forma pauperis*. (*Id*.)

As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court has made a *de novo* review of the record in this case. Upon said review, the Court **ADOPTS** the Report and Recommendation (Doc. No. 11), without objection. Wherefore, the Court **DISMISSES** Petitioner's Petition for Writ of Habeas Corpus (Doc. No. 6) **WITH PREJUDICE**. In accordance with 28 U.S.C. § 2253(c)(2), Petitioner is further **DENIED** a certificate of appealability, and the Court **CERTIFIES** to the Sixth Circuit that any appeal would be objectively frivolous, and therefore, Petitioner should not be permitted to proceed *in forma pauperis*. The Clerk is hereby directed to **TERMINATE** this action on the Court's docket.

**DONE** and **ORDERED** in Dayton, Ohio, this Thursday, June 4, 2026.

s/Thomas M. Rose

_____

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE